IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY DUDLEY, JR., )<br>)<br>    Plaintiff, )<br>) | <br><br><br>CIVIL ACTION NO. |
| v. ) | 2:20cv613-MHT |
| ) | (WO) |
| PATRICE RICHIE JONES, )<br>)<br>    Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner in state custody, filed this lawsuit complaining about the defendant's alleged responsibility for a failure to protect, obstruction of a criminal investigation, and cruel and unusual punishment with respect to a July 2020, stabbing incident.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and *de novo*

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of April, 2023.

                                /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**