IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MICHAEL ANTHONY DUDLEY,      )
JR.,                         )
                             )
      Plaintiff,             )
                             )      CIVIL ACTION NO.
      v.                     )       2:20cv613-MHT
                             )           (WO)
PATRICE RICHIE JONES,        )
                             )
      Defendant.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 54) is adopted.

(2) This lawsuit is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of April, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE